1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   UNITED STATES OF AMERICA,

10                           Plaintiff,                    NO.   CR06-119RSL

11              vs.                                        ORDER DENYING DEFENDANT'S
                                                           MOTION TO MODIFY HOME
12   MARIE INEZ HASAN-LOMAX,                               DETENTION

13                           Defendant.

14

15          The Court has considered the Defendant's Motion to Modify, the response of the United States,

16   including the submittal of U.S. Probation Officer Gina Martinis and the Court DENIES the Motion to

17   Modify.

18

19              DATED this 23rd day of August, 2007.

20

21

22                                                         Robert S. Lasnik
                                                           United States District Judge
23

24

25

26

27

28   ORDER -1